647 A.2d 454

IN THE MATTER OF THE PETITION OF CASINO LICENSEES
FOR APPROVAL OF A NEW GAME, RULEMAKING, AND
AUTHORIZATION OF A TEST.

Submitted December 17, 1993—Decided December 17, 1993.

*Mark D. Schorr* and *Karen A. Confoy* submitted a brief on behalf of Appellant, All Casino Licensees of the State of New Jersey (*Hannoch Weisman,* attorneys; *Joel H. Sterns, Joseph A. Fusco,* and *Mr. Schorr,* of counsel).

*John R. Zimmerman,* General Counsel, submitted a letter brief on behalf of Respondent New Jersey Casino Control Commission.

*Peter N. Perretti, Jr., Mark W. Musser,* and *Stuart M. Lederman* submitted a brief on behalf of Intervenor–Respondents National Football League, National Hockey League, National Basketball Association, Office of the Commissioner of Baseball, and National Collegiate Athletic Association (*Riker, Danzig, Scherer, .Hyland & Perretti,* attorneys; *Mr. Perretti,* of counsel).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 268 *N.J.Super.* 469, 633 A.2d 1050 (1993).

1

*For affirmance*—Chief Justice WILENTZ, Justices CLIFFORD, HANDLER and O'HERN, and Judges PRESSLER, PETRELLA, and COLEMAN–7.

*Opposed*–None.